A. B. CHASTAIN v. STATE.
174 So. 910.
Opinion Filed May 3, 1937.

*Hugh L. McArthur,* for Plaintiff in Error

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant Attorney General, for the State.

PER CURIAM.—This case must be reversed on the authority of the opinion and decision in Foy v. State, 115 Fla. 245, 155 So. 657.

Reversed and remanded for new trial.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.